FILED
U.S DISTRICT COURT

2008 JUN -3  P 1: 46

DISTRICT OF UTAH

BY:
DEPUTY CLERK

Robert B. Lochhead (1986)
Jonathan O. Hafen (6096)
David C. Reymann (8495)
PARR WADDOUPS BROWN GEE &
LOVELESS
185 South State Street, Suite 1300
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Fax: (801) 532-7750

Attorneys for Plaintiffs against Defendants
Broker
Clealon B. Mann, The Somerset Group, Inc.;
Spectrim International; Genie Total Products,
Inc.; Butler and Taylor; Pete J. Buffo; Wayne
C. Notwell, Surety Underwriters & Control Corp.;
Ute Cal Auto Sales, Inc.; Ute Cal Land Dev.
Corp.; Best Rate Rent-A-Car Corp.; Best Rate
Communications, Inc.; High Line Medical
Instruments, Inc.; Telephonics Corp.; A. Roy
Lee; Jon Lee; Haynie and Co.; Midas Malta;
Pete Buffo, Jr.; Stiller, Inc.; Spacey, Inc.;
Dominick Buffo; Craymor, Inc.; Leroy W.
Wirtz; Dean A. Manson; Jim Frecky; Dana
Frecky; Carolyn Satterly; and Jones Does 1-50

Mark F. James (5295)
Phillip J. Russell (10445)
Hatch, James & Dodge
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Fax: (801) 363-6666

Attorneys for Plaintiffs against

Defendants

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DANIEL O. BRYANT, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>CLEALON B. MANN, et al.,<br><br>Defendants. | **FINAL JUDGMENT AGAINST:**<br>  C&G Financial Services, Inc.<br>  **Carlos Maestas**<br>  **Dan L. Potterf**<br>  **Darryl Strom**<br>  **Donald K. Lane**<br>  **Edward J. Clousing**<br>  **Estate of Hubert W. Ray**<br>  **Gary A. Williams**<br>  **Gerald E. Sonneson**<br>  **Harvey and Associates**<br>  **Irv Strom**<br>  **Jack L. Jones, Sr.** |

|  | Joseph Carneiro<br>L. Mark Johnston<br>Larry D. Johnson<br>Lifeline Financial Services, Inc.<br>Mark Spaulding<br>Richard Sweet<br>Wayne Ratner<br>Summit Financial Planning Group, Inc.<br>Roland E. McClean<br>Robert Darren Acord<br><br>Civil No. 98-CV-784B<br><br>Judge Dee Benson<br>Magistrate Judge Samuel Alba |
|---|---|

This matter comes before the Court on Plaintiff Daniel O. Bryant's ("Bryant") March 12, 2008 Motion for Partial Summary Judgment ("Motion") against various defendants in this matter on the claim that the promissory notes at issue in this case constituted unregistered securities. On June 2, 2008 the Court determined that the Motion had not been opposed and, for good cause shown, entered an order granting the Motion. Based on this Court's order granting the Motion, and for good cause shown, having previously ruled in this case that the promissory notes at issue constitute unregistered securities, the Court hereby enters judgment as follows on the Third Cause of Action for violation of Section 5(a) of the Securities Act of 1933, 15 U.S.C. §77e(a), plus prejudgment interest calculated at the rate of ten percent (10%) per annum from December 27, 1997 (the date Judge Dale Kimball granted the SEC's motion to freeze Laser Leasing Limited Liability Companies' and Capital Acquisitions, Inc.'s accounts) through February 29, 2008 as follows:

2

1.      Judgment is entered in favor of Plaintiff Daniel O. Bryant and against the following defendants in the following amounts corresponding to each defendant:

| | DEFENDANT | AMOUNT OF JUDGMENT |
|---|---|---|
| A. | C&G Financial Services, Inc. | $166,063.43 + prejudgment interest through 2/29/2008 of $168,987.00 |
| B. | Carlos Maestas | $258,187.70 + prejudgment interest through 2/29/2008 of $262,748.36 |
| C. | Dan L. Potterf | $9,368.80 + prejudgment interest through 2/29/2008 of $9,544.98 |
| D. | Darryl Strom | $250,088.63 + prejudgment interest through 2/29/2008 of $254,483.28 |
| E. | Donald K. Lane | $6,109.46 + prejudgment interest through 2/29/2008 of $6,202.38 |
| F. | Edward J. Clousing | $5,277.23 + prejudgment interest through 2/29/2008 of $5,385.30 |
| G. | Estate of Hubert W. Ray | $16,165.70 + prejudgment interest through 2/29/2008 of $16,453.02 |
| H. | Gary A. Williams | $12,176.91 + prejudgment interest through 2/29/2008 of $12,404.76 |
| I. | Gerald E. Sonneson | $41,841.18 + prejudgment interest through 2/29/2008 of $42,562.44 |
| J. | Harvey and Associates | $36,796.61 + prejudgment interest through 2/29/2008 of $37,177.14 |
| K. | Irv Strom | $243,245.70 + prejudgment interest through 2/29/2008 of $247,500.96 |
| L. | Jack L. Jones, Sr. | $8,177.93 + prejudgment interest through 2/29/2008 of $8,319.36 |

|   |   |   |
|---|---|---|
| M. | Joseph Carneiro | $58,288.39 + prejudgment interest through 2/29/2008 of $59,312.58 |
| N. | L. Mark Johnston | $16,942.89 + prejudgment interest through 2/29/2008 of $17,232.96 |
| O. | Larry D. Johnson | $5,811.10 + prejudgment interest through 2/29/2008 of $5,905.26 |
| P. | Lifeline Financial Services, Inc. | $72,739.76 + prejudgment interest through 2/29/2008 of $74,020.02 |
| Q. | Mark Spaulding | $32,715.33 + prejudgment interest through 2/29/2008 of $33,277.44 |
| R. | Richard Sweet | $15,844.04 + prejudgment interest through 2/29/2008 of $16,118.76 |
| S. | Wayne Ratner | $22,478.32 + prejudgment interest through 2/29/2008 of $22,878.24 |
| T. | Summit Financial Planning Group, Inc. | $112,756.79 + prejudgment interest through 2/29/2008 of $114,725.46 |
| U. | Roland E. McClean | $58,208.78 + prejudgment interest through 2/29/2008 of $59,238.30 |
| V. | Robert Darren Acord | $5,672.21 + prejudgment interest through 2/29/2008 of $5,756.70 |

2. 1ost-Judgment interest will accrue on each of the judgments set forth above at a rate of 5.42 % pursuant to Utah Code Ann. § 15-1-4.

DATED this 3rd day of June, 2008.

*/s/ Dee Benson*

JUDGE DEE BENSON
United States District Court, District of Utah

---

1 Additional prejudgment interest shall accrue at the rate of $45.50 per diem from and after February 29, 2008 until entry of this Judgment.